Daniel H. Brunner
Chapter 13 Trustee
PO Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Lopez, Raul

Debtor(s)

Case No.  18-03279-FPC13

TRUSTEE'S REPORT ON
UNCONTESTED CONFIRMATION

1. The debtor is eligible for Chapter 13.                                    [X] Yes  [ ] No

2. Venue is appropriate.                                                      [X] Yes  [ ] No

3. The debtor's plan proposes to pay in full all claims entitled to
priority under 11 U.S.C.§1322(a)(2).                                          [X] Yes  [ ] No

4. The debtor's plan is feasible.                                            [X] Yes  [ ] No

5. The debtor's plan satisfies the disposable income test.                   [X] Yes  [ ] No

6. The debtor's plan satisfies the Chapter 7 liquidation test.               [X] Yes  [ ] No

7. The debtor's plan does not unfairly discriminate with regard to a
designated class of unsecured creditors.                                     [X] Yes  [ ] No

8. The debtor is claiming exemptions consistent with those
permitted by 11 U.S.C.§522.                                                   [X] Yes  [ ] No

9. The Trustee recommends approval of the flat fee proposed in the plan.     [X] Yes  [ ] No

The trustee believes that the Chapter 13 plan with any modifications filed by the debtor,
satisfies the requirements of 11 USC§1325(a) 1, 4 and 5 and that there are no pending
objections to confirmation. The plan is therefore recommended for confirmation.

March 05, 2019

Daniel H. Brunner, Trustee

By: Melissa  Williams /s/MW

18-03279-FPC13   Doc 63   Filed 03/05/19   Entered 03/05/19 17:12:01   Pg 1 of 1