So Ordered.

Dated: March 6th, 2019



Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re: | Case No. 18-03279-FPC13 |
| RAUL LOPEZ, | **ORDER DENYING CREDITOR'S MOTION FOR RELIEF FROM STAY** |
| Debtor. | |

THIS MATTER came before the court on the Motion for Relief from Stay filed by creditor Wells Fargo Bank, N.A. ("Motion") (ECF No. 9). Based on the record, and comments of the attorney for Wells Fargo Bank, N.A., attorney for the chapter 13 Trustee, and attorney for the debtor, the court was fully advised in the premises,

IT IS ORDERED that the Motion is **DENIED**.

///End of Order///

**ORDER DENYING CREDITOR'S MOTION . . .**